# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.A. and L.A. on behalf of A.A., Jr.,**<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION FOR CLOVIS USD,**<br><br>    **Defendants** | **CASE NO. 1:13-CV-1043 AWI SMS**<br><br>**ORDER VACATING HEARING DATE OF NOVEMBER 18, 2013** |

Defendants have filed a motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim. Doc. 22. Plaintiffs oppose the motion. Doc. 24. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 18, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:   November 13, 2013                                 _____
                                                           SENIOR  DISTRICT  JUDGE