**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on their own behalf and on behalf of A.A., Jr., <br><br> Plaintiffs, <br><br> v. <br><br> Clovis Unified School District, Clovis SELPA, *et al.*, <br><br> Defendants. | Case No. 1:13-cv-01043-AWI-SMS <br><br> **ORDER REASSIGNING CASE TO THE HONORABLE MICHAEL J. SENG** |

Considering the pending change in retirement status of Recalled Magistrate Judge Sandra M. Snyder, and after consultation with and thereafter direction by The Honorable Lawrence J. O'Neill, Chief Judge of the Eastern District of California, this case is appropriate for reassignment to another magistrate judge at this time.

With regard to the discovery dispute concerning the April 29, 2016, supplemental disclosure by Plaintiffs to Defendants of the previously undisclosed recordings by Minor Plaintiff A.A. of his school/classroom days commencing in 2012 and continuing to June 2016, the parties are advised that resolution shall be addressed by noticed written motion to the Honorable Anthony W. Ishii.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the

///

///

Honorable Michael J. Seng, chosen randomly from the case assignment wheel.  The case number is now 1:13-cv-01043-AWI-MJS.

IT IS SO ORDERED.

Dated: __**July 27, 2016**__                          __/s/ **Sandra M. Snyder**__
                                                                 UNITED STATES MAGISTRATE JUDGE