1   Michael G. Marderosian, No. 77296 (mick@mcc-legal.com)
2   Heather S. Cohen, No. 263093 (heather@mcc-legal.com)
    MARDEROSIAN & COHEN
3   1260 Fulton Mall
    Fresno, CA 93721
4   Telephone: (559) 441-7991
5   Facsimile: (559) 441-8170

6   Attorneys for:        Defendants, CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA,
                          erroneously sued as a separate public entity, and MARY BASS in her
7                         personal and official capacities as SELPA ADMINISTRATOR and
8                         DIRECTOR OF SPECIAL EDUCATION for CLOVIS USD

9                            UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

12   A.A. and L.A. on their own behalf and on        )    Case No. 1:13-CV-01043-AWI-SMS
     Behalf of A. A., Jr.                             )
13                                                    )    STIPULATION AND [PROPOSED]
                                                      )    ORDER RE RECORDING
14                    Plaintiffs,                     )
                                                      )
15        v.                                          )
                                                      )
16   CLOVIS UNIFIED SCHOOL                            )
17   DISTRICT, CLOVIS SELPA, et al.,                  )
                                                      )
18                    Defendants.                     )
                                                      )
19                                                    )

20

21        IT IS HEREBY STIPULATED by and between the Parties, that the following provisions and

22   conditions shall govern the Parties:

23        1.    The Plaintiffs hereby agree that they will not directly or indirectly participate in or cause

24   any one under their direction or supervision to record, in any manner, by audio, video, or other means,

25   any portion of A.A. Jr.'s educational day at Buchanan High School or any other location where Clovis

     Unified School District provides instruction without the consent of the teacher and the principal and/or

26   any other party to the conversation.

27        2.    This Stipulation and Order does not apply to properly noticed recordings of IEP

28   meetings.

1

3.    The restrictions set forth herein on these Parents and Student shall not be greater than the restrictions that are imposed on any other parents or students by the District and these restrictions shall be consistent with the School Site's parent student handbook.

4.    This Stipulation is not an admission of right or wrong on the part of any Party.

IT IS SO STIPULATED.

Dated: July 20, 2016.

*/s/ A.A.*

A.A., Plaintiff

Dated: July 20, 2016.

*/s/ L.A.*

L.A., Plaintiff

Dated: July 20, 2016.

*/s/ A.A.*
*/s/ L.A.*

A.A. and L.A., as Guardians for Plaintiff A.A. Jr.

CLOVIS UNIFIED SCHOOL DISTRICT
and CLOVIS SELPA

Dated: July 22, 2016.

*/s/ Michael Johnston*
By:
       Michael Johnston,
       Associate Superintendent
       Administrative Services

2

## ORDER

Pursuant to the Stipulation of the parties and good cause showing, IT IS HEREBY ORDERED THAT:

1.      The Plaintiffs shall not directly or indirectly participate in or cause any one under their direction or supervision to record, in any manner, by audio, video, or other means, any portion of A.A. Jr.'s educational day at Buchanan High School or any other location where Clovis Unified School District provides instruction without the consent of the teacher and the principal and/or any other party to the conversation.

2.      This Order does not apply to properly noticed recordings of IEP meetings.

3.      The restrictions set forth herein on these Plaintiffs shall not be greater than the restrictions that are imposed on any parents or students by the District and these restrictions shall be consistent with the School Site's parent student handbook.

4.      This Stipulation is not an admission of right or wrong on the part of any Party.

Dated: _____, 2016.          _____
                                        THE HONORABLE SANDRA M. SNYDER
                                        JUDGE OF THE UNITED STATES DISTRICT
                                        COURT/EASTERN DISTRICT


Approved as to form:

        /s/ Barbara Ransom
By:_____
        Barbara Ransom,
        Attorney for Plaintiffs

        /s/ Yvette Sterling
By:_____
        Yvette Sterling,
        Attorney for Plaintiffs

        /s/ Marianne Maleaux
By:_____
        Marianne Maleaux,
        Attorney for Plaintiffs

*/s/ Michael G. Marderosian*

By:_____

    Michael G. Marderosian,
    Attorney for Defendants