Michael G. Marderosian, No. 77296 (mick@mcc-legal.com)
Heather S. Cohen, No. 263093 (heather@mcc-legal.com)
MARDEROSIAN & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Attorneys for: Defendants, CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, erroneously sued as a separate public entity, and MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION for CLOVIS USD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on their own behalf and on Behalf of A. A., Jr.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, et al.,<br><br>                    Defendants. | Case No. 1:13-CV-01043-AWI-MJS<br><br>**ORDER re: NOTICE TO COURT OF BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION REGARDING PREVIOUSLY UNDISCLOSED RECORDINGS AND REQUEST FOR ORDER;** |

TO THE COURT AND ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT the Parties have agreed to the following briefing schedule for a Motion Regarding Previously Undisclosed Recordings to be filed by Defendants:

1. Defendants shall file their moving papers on or before October 7, 2016;

2. Plaintiffs shall file their opposition papers on or before November 14, 2016; and

3. Defendants shall file their reply to the Plaintiffs' Opposition on or before December 2, 2016.

1

Defendants request that this Court consider Oral Argument on this Motion on December 12, 2016, at 1:30 p.m. or as soon thereafter as the matter may be heard.

Dated: July 29, 2016.                                  MARDEROSIAN & COHEN


By:___/s/ Michael G. Marerosian_____
    Michael G. Marderosian
    Attorneys for Defendants above-named

### ORDER

IT IS HEREBY ORDERED THAT the following briefing schedule shall govern the Parties regarding the Defendants' Motion Regarding Previously Undisclosed Recordings:

1. Defendants shall file their moving papers on or before October 7, 2016;
2. Plaintiffs shall file their opposition papers on or before November 14, 2016;
3. Defendants shall file their reply to the Plaintiffs' Opposition on or before December 2, 2016; and
4. The motion shall be heard on December 12, 2016, at 1:30p.m. before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __August 15, 2016__                    _____
                                                                    SENIOR DISTRICT JUDGE