# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on behalf of A.A., Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR of SPECIAL EDUCATION for CLOVIS USD and DOES 1-10,<br><br>Defendants. | CASE NO. 1:13-CV-1043 AWI MJS<br><br>ORDER SETTING OUT SCHEDULE FOR ADDITIONAL BRIEFING<br><br>(Doc. 88) |

Defendants have made a motion to exclude evidence and to disqualify Plaintiffs' counsel. Doc. 88. After the filing of the reply, Plaintiffs asked for leave to file a surreply which Defendants opposed. Docs. 93 and 94. Review of the briefing shows that the discussion concerning the legality/illegality of recordings discussed only California state law and not federal law. Additionally, there was no discussion of whether Plaintiffs could vicariously consent to the recordings on behalf of their child in this circumstance. Resolution of the motion requires analysis of both these issues. Thus, the request to file a surreply is granted and both parties are ordered to provide additional briefing on a simultaneous schedule. Both parties are directed to file supplemental briefs by 4:00 PM on January 25, 2017. Both parties are directed to file supplemental replies to the supplemental briefs by 4:00 PM on February 3, 2017.

IT IS SO ORDERED.

Dated: January 10, 2017

SENIOR DISTRICT JUDGE