UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on behalf of A.A., Jr.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR of SPECIAL EDUCATION for CLOVIS USD and DOES 1-10,<br><br>  Defendants. | CASE NO. 1:13-CV-1043 AWI MJS<br><br>ORDER MODIFYING SCHEDULE FOR ADDITIONAL BRIEFING<br><br><br><br>(Doc. 96) |

The court has asked for additional briefing on Defendants' motion to exclude evidence. Defendants have now made an ex parte motion for additional time to prepare the requested briefing. Doc. 96. Defendants indicate that they have contacted Plaintiffs about the issue and that Plaintiffs do not oppose the extension of time. Defendants' request is therefore granted. The supplemental briefs are due by 4:00 PM on February 8, 2017 and the supplemental replies are due by 4:00 PM on February 15, 2017.

IT IS SO ORDERED.

Dated:   January 20, 2017                                    _____
                                                                                       SENIOR DISTRICT JUDGE