Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, erroneously sued as a separate public entity, and MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION for CLOVIS USD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on their own behalf and on behalf of A.A.,Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 1:13-CV-01043-AWI-MJS<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE DECLARATIONS OF KRISTINE LACHS, BEKAH BLANCHETTE, AND BRIANA WILLIAMS IN SUPPORT OF DEFENDANTS' BRIEF REGARDING THE PLAINTIFFS' PETITION FOR APPROVAL OF THE MEDIATED SETTLEMENT AGREEMENT UNDER SEAL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the following documents be filed under seal:

1. Declaration of Kristine Lachs in Support of Defendants' Brief Regarding the Plaintiffs' Petition for Approval of the Mediate Settlement;

2. Declaration of Bekah Blanchette in Support of Defendants' Brief Regarding the Plaintiffs' Petition for Approval of the Mediate Settlement; and

1

3. Declaration of Briana Williams in Support of Defendants' Brief Regarding the Plaintiffs' Petition for Approval of the Mediate Settlement.

IT IS SO ORDERED.

Dated: <u>December 1, 2017</u>     <u>/s/ *Michael J. Seng*</u>
                                                     UNITED STATES MAGISTRATE JUDGE