**FEDERAL DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **A.A. and L.A.** on their own behalf and on behalf of **A.A., Jr**., | Case 1:13-cv-01043-AWI-MJS |
| Plaintiffs, | |
| v. | **ORDER ON** |
| **CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, MARY BASS** in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR of SPECIAL EDUCATION for CLOVIS USD and **DOES 1-10**, | **PLAINTIFFS' PETITIONTO FILE UNDER SEAL:** |
| | **JOINT AFFIDAVIT OF A.A. & L.A.** |
| | **AFFIDAVIT OF VIANEY ARIAS** |
| | **ROBERT WELLS REPORT** |
| | **ROBERT WELLS CV** |
| | |
| | **L.OCAL RULE 39-141** |
| Defendants. | Action Filed: June 20, 2013 |

Good cause appearing therefore, it is hereby **ORDERED** that the following documents be filed under seal:

- Joint Affidavit of A.A. and L.A.
- Affidavit of Vianey Arias
- Report of Robert Wells
- CV of Robert Wells

IT IS SO ORDERED.

Dated:   January 22, 2018      /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE