| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| A.A. and L.A., on their own behalf and on behalf of A.A., Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, MARY BASS, in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION for CLOVIS USD,<br><br>Defendants. | Case No. 1:13-cv-01043-AWI-MJS<br><br>ORDER (1) ADOPTING FINDINGS AND RECOMMENDATIONS, (2) APPOINTING A.A. AND L.A. AS GUARDIANS AT LITEM FOR A.A., JR.; AND (3) APPROVING PETITION FOR COURT APPROVAL OF MEDIATED SETTLEMENT AGREEMENT<br><br>(ECF Nos. 121, 129)<br><br>ORDER VACATING ALL PENDING DATES AND MATTERS<br><br>THIRTY-DAY DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS |

Before the Court is the petition of Plaintiffs A.A. and L.A., seeking court approval of a mediated settlement agreement on behalf of their son, Plaintiff A.A., Jr., and seeking to appoint themselves as guardians ad litem for A.A., Jr. for purposes of the settlement agreement. (ECF No. 121.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On March 6, 2018, the Magistrate Judge issued findings and recommendations to appoint A.A. and L.A. as guardians ad litem for A.A., Jr. for purposes of the mediated

settlement agreement; grant the request for Court approval of the mediated settlement agreement; and approve the settlement agreement on behalf of A.A., Jr., due to his incompetence. The findings and recommendations were served on all parties with notice that any objections thereto were to be filed within fourteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued March 6, 2018 (ECF No. 129) are adopted in full;
2. A.A. and L.A. are appointed as guardians ad litem for A.A., Jr. for purposes of the mediated settlement agreement;
3. The petition for Court approval of the mediated settlement agreement is granted;
4. The settlement agreement is approved on behalf of A.A., Jr., due to his incompetence;
5. In light of the parties' agreement to settle this matter in its entirety, all pending dates and matters are vacated; and
6. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:  March 23, 2018                                  _____
                                                        SENIOR DISTRICT JUDGE

2