Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CLOVIS UNIFIED SCHOOL DISTRICT, CLOVIS SELPA, erroneously sued as a separate public entity, and MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION for CLOVIS USD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on their own behalf and on behalf of A.A.,Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOVIS UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 1:13-CV-01043-AWI-MJS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulated to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

///

///

///

1

Dated: May 4, 2018                    STERLING LAW FIRM


                                      /s/ *Yvette C. Sterling*
                                  By:_____
                                      Yvette C. Sterling
                                      Barbara E. Ransom
                                      Attorneys for Plaintiffs


                                      */s/ Marianne Malveaux*
Dated: May 4, 2018                By:_____
                                      Marianne Malveaux
                                      Attorneys for Plaintiffs


Dated: May 4, 2018.                   MARDEROSIAN & COHEN


                                      */s/ Michael G. Marderosian*
                                  By:_____
                                      Michael G. Marderosian
                                      Attorneys for Defendants above-named


## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.[1] The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:  May 4, 2018                   _____
                                      SENIOR DISTRICT JUDGE

---

[1] The Court notes that on March 23, 2018, the Court approved (through adoption of a Findings and Recommendation) the settlement on behalf of A.A., Jr. See Doc. Nos. 129, 130.